(No. 5722—)

JAMES E. COUER, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed july 9, 1970.*

JAMES E. COUER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5724—)

MILDRED HAYSBERT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed July 9, 1970.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5726—)

ROBERT LINDNER, Claimant. *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Dove, J.

(No. 5727—

Marine Drive Medical Group, Ltd., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed July 9, 1970.*

Marine Drive Medical Group, Ltd., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

(No. 5731—

The Chicago School for Retarded Children, Claimant, *vs.* State of Illinois, Division of Vocational Rehabilitation, Respondent.

*Opinion filed July 9, 1970.*

The Chicago School for Retarded Children, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.